

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00395-CR

Sean Dominic **MCCAULIFFE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3471
Honorable Melisa C. Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED March 22, 2023.

Liza A. Rodriguez, Justice